UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| RYAN MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 1:24-cv-00037-SNLJ |
| ) | |
| ADVANCED CAPITAL SOLUTIONS INC., ) | |
| and DNF ASSOCIATES LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) voluntarily dismissing this action with prejudice with each party to bear their own costs. (Doc. 21). The parties' stipulation of dismissal is effective upon filing and does not require judicial approval. *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1078 (8th Cir. 2017).

Accordingly, this action was **DISMISSED with prejudice** upon the filing of the parties' stipulation and the Clerk of Court is **DIRECTED** to close the case.

Date:  April 21, 2025

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE